UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**DEREK TARELL MACKROY,**

      **Plaintiff,**

**v.**                                 **Case No. 6:25-cv-2420-CEM-RMN**

**ALL AUTO TOWING INC.,**

      **Defendant.**

                                     /

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Motion to Proceed *In Forma Pauperis* (Doc. 8). The United States Magistrate Judge issued a Report and Recommendation (Doc. 9), recommending that the Motion be denied.

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 9) is **ADOPTED** and made a part of this Order.

2. Plaintiff's Motion to Proceed *In Forma Pauperis* (Doc. 8) is **DENIED**.

3. The Complaint (Doc. 1) is **DISMISSED without prejudice**.

4. **On or before May 18, 2026**, Plaintiff may file an Amended Complaint that complies with the Report and Recommendation. Failure to do so will result in the closure of this case without further notice.

5. Also, **on or before May 18, 2026**, Plaintiff may file a renewed Motion to Proceed *In Forma Pauperis*.

**DONE** and **ORDERED** in Orlando, Florida on April 27, 2026.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Party